UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK, III,<br><br>        Plaintiffs,<br><br> v.<br><br>DAWN THOMPSON,<br><br>        Defendant. | No. C11-5175 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #10], and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED;** Plaintiffs' claims are **dismissed with prejudice**.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 28th day of September, 2011.

              */s/ Ronald B. Leighton*
              RONALD B. LEIGHTON
              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1