# United States District Court

WESTERN DISTRICT OF WASHINGTON

CURLIN PENNICK, III

v.

DAWN THOMPSON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5175RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and recommendation. and

Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**; Plaintiffs' claims are **dismissed with prejudice.**

| | |
|---|---|
| September 29, 2011 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |