# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURLIN PENNICK, III | JUDGMENT IN A CIVIL CASE |
| v. | |
| DAWN THOMPSON, et al., | CASE NUMBER: C11-5175RBL/KLS |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and recommendation. and

Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**; Plaintiffs' claims are **dismissed with prejudice.**

| | |
|---|---|
|   September 29, 2011 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |